619 A.2d 697

COMMONWEALTH of Pennsylvania, Appellant,

v.

**Keric FORD, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 1993.

Decided Feb. 17, 1993.

Ronald Eisenberg, Harriet R. Brumberg, Asst. Dist. Atty., Catherine Marshall, Philadelphia, for Com.

Jay S. Gottlieb, Philadelphia, for Keric Ford.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

CAPPY, J., dissents.